# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 21, 2012

Lyle W. Cayce
Clerk

No. 11-50700
Summary Calendar

STEVE BOWIE-MYLES,

                                    Petitioner-Appellant,

versus

UNITED STATES OF AMERICA;
WARDEN, REEVES COUNTY DETENTION CENTER III;
BUREAU OF PRISONS; GEO GROUP,

                                    Respondents-Appellees.

Appeal from the United States District Court
for the Western District of Texas
No. 4:11-CV-11

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-50700

Steve Bowie-Myles, federal prisoner # 41540-018, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from custody, appeals the denial of his 28 U.S.C. § 2241 petition challenging the Bureau of Prisons's exclusion of him from rehabilitation programs and halfway houses. The petition is foreclosed by *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192-93 (5th Cir. 2012) (per curiam), *cert. denied*, 81 U.S.L.W. 3229 (U.S. Oct. 29, 2012).

The judgment is AFFIRMED. Bowie-Myles's motion to expedite the appeal or for summary affirmance is DENIED.